OPINION — AG — THE PROVISIONS OF HOUSE BILL NO. 1003, FOR FILING THE AFFIDAVIT FOR PERSONAL PROPERTY TAX EXEMPTIONS WITH THE COUNTY TREASURER IS AN OBVIOUS ERROR AND THAT THE LEGISLATURE INTENDED TO PROVIDE SUCH FILING TO BE MADE WITH THE COUNTY ASSESSOR. CITE: 68 O.S. 1963 Supp., 15.2 [68-15.2], 68 O.S. 1963 Supp., 15.2 [68-15.2](A) (68 O.S. 1961 15.2 [68-15.2] [68-15.2], 68 O.S. 1961 15.2 [68-15.2](A)) (W. J. MONROE)